UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA



FILED

2005 MAR 16  PM 2:45

LANCE S. WILSON
CLERK

IN THE MATTER OF THE PARTIAL     )
REPORTS OF THE GRAND JURY FOR    )
THE FEBRUARY 24, 2004, TERM      )

MINUTES OF THE COURT

DATED:  March 16, 2005

PRESENT: <u>HONORABLE VALERIE P. COOKE</u> U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>Lisa Mann</u>          Reporter: <u>Karen Bryson</u>

U. S. Attorney by: <u>Ronald Rachow and Craig Denney</u>

PROCEEDINGS: GRAND JURY

The roll of the Grand Jury is taken. There is a quorum present. (<u>21</u> members present.)

The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

On motion of the United States Attorney, **IT IS ORDERED** that the said report and indictment(s) be filed. There are <u>no</u> sealed indictments.

On motion of the United States Attorney,

**IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants or Summonses issue where indicated:

| | |
|---|---|
| CR-N-05-0033-LRH (VPC) | USA v. JOSE MANUEL ARECHIGA-RAMIREZ<br>In Custody<br>USA v. JESUS ARREDONDO-MARTINEZ<br>In Custody<br>Preliminary Examination scheduled on **Monday, March 21, 2005, at 3:00 p.m.** converts to an Arraignment and Plea before Magistrate Judge Cooke |

Minutes of the Grand Jury
March 16, 2005
Page Two

| | |
|---|---|
| CR-N-05-0034-HDM (VPC) | USA v. SERGIO MELENDREZ-SILVA<br>Warrant to Issue<br>USA v. SERGIO SANCHEZ-MORPHIN<br>Warrant to Issue |
| CR-N-05-0035-ECR (RAM) | USA v. KIM MILLER-PEMPE<br>Warrant to Issue |
| CR-N-05-0056-LRH (VPC) | USA v. DAWN MARIE LINTON<br>Warrant to Issue |
| CR-N-05-0057-HDM (RAM) | USA v. EARL JAMES FICKLIN<br>Warrant to Issue<br>USA v. THERESA BROWN<br>Warrant to Issue |
| CR-N-05-0059-HDM (RAM) | USA v. WILLIAM SCOTT BAKER<br>Summons to Issue - to appear **Monday, May 23, 2005 at 3:00 p.m.** before Magistrate Judge Robert A. McQuaid, Jr., Courtroom #2, Fourth Floor |

IT IS ORDERED that the Grand Jury report upon notice.

Grand Jury convened at 9:00 a.m.

Grand Jury adjourned at 1:45 p.m.

LANCE S. WILSON, CLERK

By: _____
Lisa Mann, Deputy Clerk